# UNITED STATES COURT OF APPEALS FOR VETERANS CLAIMS

No. 02-8003

In Re DARRYL SMITH, Attorney at Law

Before KRAMER, *Chief Judge*, and IVERS and GREENE, *Judges*

# O R D E R

On April 22, 2002, the Court of Appeals of Maryland issued an order disbarring on consent attorney Darryl J. Smith, the respondent, from the practice of law in the State of Maryland for commingling and misappropriation of client funds.

On July 9, 2002, the Court ordered the respondent to show cause, within 30 days thereafter, why he should not be disbarred from practice before this Court as reciprocal discipline, pursuant to Rule 7(d) of the Court's Rules of Admission and Practice. The respondent was advised that a failure to respond to the order would be deemed to be consent to such disbarment. The respondent has not responded to the order.

Accordingly, pursuant to Rule 7(d)(3), it is

ORDERED that Darryl J. Smith is disbarred from practice before this Court.

DATED: October 18, 2002                                    PER CURIAM.